# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTE ROBINSON<br><br>    Plaintiff,<br><br>    vs.<br><br>CVS PHARMACY, INC.,<br><br>    Defendant. | Case No.: CV 15-8282-CBM-KSx<br><br>**JUDGMENT**<br><br>[JS-6] |

Consistent with the Order re: Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment, judgment is entered in favor of Defendant CVS Pharmacy, Inc. and against Plaintiff Lorette Robinson.

DATED: June 12, 2017.

                                      CONSUELO B. MARSHALL
                                    UNITED STATES DISTRICT JUDGE